UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Case Number: 8:19-cv-01109-JSM-AAS

Yajairis Vargas,

                Plaintiff,

vs.

Vehicle Solutions Corp,

                Defendant.

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) by April 15, 2021.

Dated: December 15, 2020

                Respectfully submitted,

                By /s/ Matthew Fornaro

                Matthew Fornaro, Esq.
                Florida Bar No. 0650641
                Matthew Fornaro, P.A.
                11555 Heron Bay Boulevard, Suite 200
                Coral Springs, FL 33076
                Telephone: (954) 324-3651
                Facsimile: (954) 248-2099
                E-mail: mfornaro@fornarolegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Matthew Fornaro

                                          Matthew Fornaro